IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JULIO DOPICO,

      Appellant,

v.

Case No.  5D22-1434
LT Case No. 2015-DR-004898

JANETTE DOPICO,

      Appellee.
_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Neil A. Saydah, of Saydah Law
Firm, Oviedo, for Appellant.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and JAY, JJ., concur.